UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| AARON STEWART, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>EXTRA SPACE STORAGE, a foreign corporation and CITY OF TACOMA, a public entity,<br><br>    Defendants. | CAUSE NO. 3:23-cv-05786<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND ANSWER OF EXTRA SPACE STORAGE |

THIS MATTER, having come before the Court on the parties' Stipulated Motion to Amend Answer of Extra Space Storage, the Court having reviewed the records and files herein, and specifically:

  **1.**  Stipulated Motion to Amend Answer of Extra Space Storage;

The Court being fully advised in the premises, now, therefore, it is HEREBY ORDERED that:

  **1.**  Stipulated Motion to Amend Answer of Extra Space Storage is hereby GRANTED.

ORDER GRANTING STIPULATED MOTION TO AMEND
ANSWER OF EXTRA SPACE STORAGE – 1

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

**2.** Defendant Extra Space Storage may file its amended answer, which is Exhibit #1 to the Declaration of Erik Connell.

ENTERED this 4th day of January, 2024.

_____
The Honorable Benjamin H. Settle

*Presented by:*

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: _/s/ Erik Connell_____
   Erik R. Connell, WSBA No. 46365
   Of Attorneys for Defendant Extra Space Storage


HARRIS SLIWOSKI

By: /s/Jesse D. Mondry (via e-mail approval on 1/3/2024)
   Daniel Harris, WSBA #16778
   Jesse D. Mondry, *pro hac vice*
   Attorneys for Plaintiff


CITY OF TACOMA

By:   */s/Michelle N. Yotter*_____
   Michelle Yotter, WSBA #49075
   Attorney for Defendant City of Tacoma

ORDER GRANTING STIPULATED MOTION TO AMEND ANSWER OF EXTRA SPACE STORAGE – 2

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)