HON. BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

AARON STEWART, an individual,

      Plaintiff,

vs.

EXTRA SPACE STORAGE, a foreign corporation and CITY OF TACOMA, a public entity,

      Defendants.

_____

EXTRA SPACE STORAGE, a foreign corporation,

      Counterclaimaint,

    v.

AARON STEWART, an individual,

      Counterclaim Defendant.

No. 3:23-cv-05786-BHS

STIPULATION AND ORDER FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT UNDER RULE 15(A)(2) AND FOR ISSUANCE OF A NEW CASE SCHEDULE

NOTE ON MOTION CALENDAR: June 14, 2024

Under Civil Local Rule 15, Plaintiff AARON STEWART and Defendants EXTRA SPACE STORAGE and CITY OF TACOMA (collectively, the "Parties") jointly submit the following Stipulation.

WHEREAS, Plaintiffs filed the Complaint in this action on August 31, 2023, ECF No. 1;

PAGE - 1 -

**KORNFELD TRUDELL BOWEN & LINDQUIST, PLLC**
**Robert B. Kornfeld, Inc., P.S.**
4055 Lake Washington Blvd NE, Suite 240
Kirkland, Washington 98033
(425) 893-8989 Telephone
(425) 893-8712 Fax
Neil@Kornfeldlaw.com

WHEREAS, on April 15, 2024, Plaintiffs submitted the Pierce County Tort Claim Form to City of Tacoma Office of Risk Management;

WHEREAS, Plaintiff's claims under the Washington State Law become ripe on June 14, 2024;

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend should be granted freely with the opposing party's written consent;

WHEREAS, the Parties met and conferred, then Defendants, agreed to stipulate to Plaintiff filing the Second Amended Complaint, attached as Exhibit A, that adds Pierce County, a public entity.

WHEREAS, the amended complaint does expand the scope of discovery and warrants the Court to alter the deadlines set by the Court in due course:

WHEREAS, Defendant City of Tacoma takes no position with regard to the liability of Pierce County.

WHEREAS, should the Court grant this Motion, the Plaintiff will file the Second Amended Complaint and serve Piece County as soon as possible but no later than 90-days from when the Second Amended complaint is filed.

WHEREAS,  within 15 days of filing the Second Amended Complaint, Plaintiff will initiate a conference between the parties for the purpose of discussing a new trial date and corresponding deadlines.

WHEREAS, within 30 days of filing the Second Amended Complaint, the parties will submit a proposed revised case schedule.


IT IS HEREBY STIPULATED by and between the Parties, through their counsel, that Plaintiffs may file the Second Amended Complaint.


//

STIPULATION AND ORDER FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT UNDER RULE 15(A)(2) AND FOR ISSUANCE OF A NEW CASE SCHEDULE

PAGE - 2 -

**KORNFELD TRUDELL BOWEN & LINDQUIST, PLLC**
**Robert B. Kornfeld, Inc., P.S.**
4055 Lake Washington Blvd NE, Suite 240
Kirkland, Washington 98033
(425) 893-8989 Telephone
(425) 893-8712 Fax
Neil@Kornfeldlaw.com

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  May _____, 2024

By _____
Neil T. Lindquist, WSBA# 52111
Attorney for Plaintiff
4055 Lake Washington Boulevard N.E.,
Suite 240
Kirkland, WA 8033
Telephone: (425) 893-8989
Email: jrome@josephromelaw.com

DATED:  May _____, 2024

By _____
Joseph Rome, WSBA #37651
Attorney for Plaintiff
4055 Lake Washington Boulevard N.E.,
Suite 240
Kirkland, WA 8033
Telephone: (425) 429-1729
Email: jrome@josephromelaw.com

DATED:  May _____, 2024

By _____
Erik Connell, WSBA #46365
Attorney for Defendant Extra Space Storage
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
520 Pike Street, Suite 1515
Seattle, WA  98101
Telephone: 206-709-5886
Email: erik.connell@wilsonelser.com

DATED:  May _____, 2024

By _____
Michelle N. Yotter, WSBA # 49075
Attorney for Defendant City of Tacoma
Tacoma Municipal Building
747 Market Street, Room 1120
Tacoma, WA  98402
Telephone: 253-591-5467
Email: myotter@cityoftacoma.org

STIPULATION AND ORDER FOR
PLAINTIFFS TO FILE AN AMENDED
COMPLAINT UNDER RULE 15(A)(2)
AND FOR ISSUANCE OF A NEW CASE
SCHEDULE

PAGE - 3 -

**KORNFELD TRUDELL BOWEN &
LINDQUIST, PLLC**
**Robert B. Kornfeld, Inc., P.S.**
4055 Lake Washington Blvd NE, Suite 240
Kirkland, Washington 98033
(425) 893-8989 Telephone
(425) 893-8712 Fax
Neil@Kornfeldlaw.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS FURTHER ORDERED that under Local Civil Rule 15, Plaintiffs shall file and serve through ECF the amended pleading on all parties within fourteen (14) days of the Order granting the stipulation for Plaintiffs to file the amended complaint.

DATED this 14th day of June, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER FOR
PLAINTIFFS TO FILE AN AMENDED
COMPLAINT UNDER RULE 15(A)(2)
AND FOR ISSUANCE OF A NEW CASE
SCHEDULE

PAGE - 4 -

**KORNFELD TRUDELL BOWEN &
LINDQUIST, PLLC**
**Robert B. Kornfeld, Inc., P.S.**
4055 Lake Washington Blvd NE, Suite 240
Kirkland, Washington 98033
(425) 893-8989 Telephone
(425) 893-8712 Fax
Neil@Kornfeldlaw.com