HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| AARON STEWART, an individual,<br><br>                  PLAINTIFF,<br><br>vs.<br><br>EXTRA SPACE STORAGE, a foreign corporation and CITY OF TACOMA, a public entity, and PIERCE COUNTY, a public entity,<br><br>                  Defendants.<br><hr>EXTRA SPACE STORAGE, a foreign corporation,<br><br>                  Counterclaimaint,<br><br>    v.<br><br>AARON STEWART, an individual,<br><br>                  Counterclaim Defendant.<br><br>                  DEFENDANTS. | No. 3:23-cv-05786-BHS<br><br>ORDER GRANTING VOLUNTARY DISMISSAL OF CLAIMS AGAINST PIERCE COUNTY PURSUANT TO CR 41(a)(1)(B)<br><br><u>CLERK'S ACTION REQUIRED</u> |

      THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court, and the Court having considered Plaintiff's Motion and Affidavit for

ORDER                          PAGE - 1 -

**KORNFELD TRUDELL BOWEN & LINDQUIST, PLLC**
**Robert B. Kornfeld, Inc., P.S.**
4055 Lake Washington Blvd NE, Suite 240
Kirkland, Washington 98033
(425) 893-8989 Telephone
(425) 893-8712 Fax
Neil@Kornfeldlaw.com

Voluntary Dismissal Pursuant to CR 41 (a)(1)(B) as to Pierce County, and this Court having considered the moving papers and records and files herein, it is, NOW, THEREFORE,

ORDERED, ADJUDGED, AND DECREED that said motion is hereby GRANTED. The clerk of the Court is directed to dismiss the claims against Defendant Pierce County without costs. In light of this order, Pierce County's pending motion to dismiss, Dkt. 50, is TERMINATED as moot.

DATED this 18th day of July, 2024.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

KORNFELD TRUDELL BOWEN
& LINDQUIST, PLLC

Neil T. Lindquist, WSBA# 52111
Attorney for Plaintiff


LAW OFFICE OF JOSEPH ROME

/s/ Joseph Rome
Joseph Rome, WSBA# 37651
Attorney for Plaintiff

ORDER    PAGE - 2 -

KORNFELD TRUDELL BOWEN &
LINDQUIST, PLLC
Robert B. Kornfeld, Inc., P.S.
4055 Lake Washington Blvd NE, Suite 240
Kirkland, Washington 98033
(425) 893-8989 Telephone
(425) 893-8712 Fax
Neil@Kornfeldlaw.com