THE HONORABLE JUDGE BENJAMIN H. SETTLE

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| AARON STEWART, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>EXTRA STORAGE SPACE, a foreign corporation, CITY OF TACOMA, a public entity<br><br>          Defendants.<br><br>EXTRA SPACE STORAGE, a foreign corporation,<br><br>          Counterclaimant,<br><br>     v.<br><br>AARON STEWART, an individual,<br><br>          Counterclaim Defendant. | NO. 3:23-cv-05786<br><br>ORDER DISMISSING EXTRA SPACE STORAGE'S COUNTERCLAIM AGAINST AARON STEWART |

THIS MATTER having come on before the undersigned judge in the above-entitled court, the Court having considered the Stipulation of the parties, and the court deeming otherwise fully advised in the premises, now, therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED that Extra Space Storage's counterclaim

ORDER DISMISSING EXTRA SPACE STORAGE'S
COUNTERCLAIM AGAINST AARON STEWART – 1

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

against counterclaim defendant Aaron Stewart is dismissed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Under Rule 41(a)(1)(B), this dismissal is without prejudice.

No claims remain either by or against Extra Space Storage in this lawsuit.

DATED this 26th day of August, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ Erik Connell
Erik Connell, WSBA No. 46365
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900 (main)
(206) 709-5901 (fax)
erik.connell@wilsonelser.com

*Attorneys for Defendant Extra Space Storage*

LINDQUIST, PLLC

By: /s/Neil T. Lindquist (via e-mail approval)
Neil T. Lindquist, WSBA #52111

LAW OFFICE OF JOSEPH ROME

By: /s/Joseph Rome (via e-mail approval)
Joseph Rome, WSBA #37651

*Attorneys for Plaintiff*

ORDER DISMISSING EXTRA SPACE STORAGE'S
COUNTERCLAIM AGAINST AARON STEWART – 2

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

TACOMA CITY ATTORNEY

By: */s/Michelle N. Yotter (via e-mail approval)*
Michelle N. Yotter, WSBA #49075
Deputy City Attorney

*Attorney for Defendant City of Tacoma*

ORDER DISMISSING EXTRA SPACE STORAGE'S
COUNTERCLAIM AGAINST AARON STEWART – 3

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 P&#8202;IKE S&#8202;TREET, S&#8202;UITE 2350
S&#8202;EATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)