UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON STEWART,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF TACOMA,<br><br>                Defendant. | CASE NO. C23-5786 BHS<br><br>ORDER |

This matter is before the Court on plaintiff Aaron Stewart's motion for reconsideration, Dkt. 104, of the Court's order denying Stewart leave to amend his second amended complaint, Dkt. 102.

It is the Court's general practice to seek a response to a motion for reconsideration in most cases because it cannot grant such a motion unless the opposing party has an opportunity to respond. Local Civil Rule 7(h). The Court therefore directs the City of Tacoma to respond to Stewart's motion within 14 days of this Order. The Court will not entertain a reply.

The motion for reconsideration, Dkt. 104, is **RE-NOTED** for April 2, 2025.

//

1 **IT IS SO ORDERED.**

2 Dated this 19th day of March, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2