UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON STEWART, an individual, and TIERRA HARVEST, LLC, a Washington State corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF TACOMA,<br><br>　　　　　　Defendant. | CASE NO. C23-5786 BHS<br><br>ORDER |

This matter is before the Court on Plaintiffs Aaron Stewart and Tierra Harvest LLC's counsel's motion to withdraw and request for a continuance. Dkt. 120. Citing Washington Rule of Professional Conduct (RPC) 1.16(a)–(b), counsel allege they are obligated to withdraw due to irreconcilable differences relating to liabilities and damages in this case. *Id.*; Dkt. 121 at 1–2. Attorney Neil Lindquist states Stewart has instructed counsel "to effectuate a course of action to which [he] fundamentally disagree[s] with the Client." *Id.* at 2. Stewart and Tierra Harvest seek a temporary stay or a 90-day continuance of all pending deadlines while they obtain new counsel. Dkt. 120 at 3.

ORDER - 1

Defendant City of Tacoma opposes the motion to withdraw as counsel and the request for a stay, arguing in part that withdrawal of plaintiffs' counsel would be grossly prejudicial to Tacoma. Dkt. 125 at 7–8.

RPC 1.16(a) provides a mandatory basis for a lawyer's withdrawal of representation. A claim of prejudice does not supersede a lawyer's ethical obligations to withdraw from representation pursuant to RPC 1.16(a), particularly in circumstances, as in this case, where trial is currently scheduled for more than 100 days away. And, Tacoma's potentially dispositive summary judgment motion, Dkt. 85, has been thoroughly briefed by the parties (Dkts. 94, 100, 103, 105, 108, 111).

Plaintiffs' counsel's motion to withdraw is **GRANTED**. The Court accepts without further inquiry counsel's assessment that the need to withdraw is mandatory under the RPC. The Court will address the summary judgment motion in a separate order. All other deadlines are continued for 45 days. The trial date is NOT stricken; the Court RESERVES continuing the trial date and modifying the scheduling order as necessary.

**It is so ORDERED.**

Dated this 29th day of May, 2025

BENJAMIN H. SETTLE
United States District Judge